Certificate Number: 17572-PAE-DE-029694592

Bankruptcy Case Number: 17-12632



17572-PAE-DE-029694592

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2017, at 1:12 o'clock PM PDT, Bonnie N Durham completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 7, 2017

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor